DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CALVIN ROBINSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1909

[October 5, 2017]

Appeal of order denying 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case Nos. 11-14026CF10A, 12-15163CF10A, and 13-09885CF10A.

Calvin Robinson, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***